```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMRA DIVLJANOVIC, *ET AL.*,        :        14-Cv-7533 (SHS)

                Plaintiffs,        :

    -against-        :        <u>ORDER</u>

SAKS & COMPANY,        :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A pretrial conference having been held today, with counsel for all parties present, IT IS HEREBY ORDERED that:

    1.    Plaintiffs' Motion to Certify Class [doc. no. 20] is denied without prejudice for the reasons set forth on the record;

    2.    The last day for plaintiffs to submit their proposed amended complaint to defendant for its review and discussion between the parties is July 31, 2015;

    3.    If the parties agree to the filing of a second amended complaint, plaintiffs shall do so expeditiously;

    4.    If the parties cannot agree to the filing of a second amended complaint, plaintiffs shall move for leave to amend expeditiously;

    5.    Opposition to the motion is due two weeks after the motion is filed; and

    6.    The reply is due one week after the opposition is filed.

Dated:    New York, New York
              July 16, 2015

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.