USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AMRA DIVLJANOVIC, *ET AL.*,     :     14-Cv-7533 (SHS)

                Plaintiff,     :

      -against-     :     <u>ORDER</u>

SAKS & COMPANY d/b/a Saks Fifth Avenue,     :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for plaintiffs appearing via telephone, and counsel for defendant present,

      IT IS HEREBY ORDERED that defendant's motion to strike the class allegations in plaintiffs' second amended complaint [ECF document 47] is denied for the reasons set forth on the record.

Dated:     New York, New York
           August 24, 2016

                                     SO ORDERED:

                                     Sidney H. Stein, U.S.D.J.